People v Robert

2026 NY Slip Op 02133

April 8, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,

v

Asa Robert, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on April 8, 2026

2018-11938, (Ind. No. 5608/15)

Angela G. Iannacci, J.P.

Paul Wooten

Lourdes M. Ventura

Lisa S. Ottley, JJ.

Twyla Carter, New York, NY (Lauren E. Jones of counsel), for appellant.

Eric Gonzalez, District Attorney, Brooklyn, NY (Isaac Rounseville of counsel), for respondent.

[*1]

DECISION & ORDER

Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Kings County, rendered January 10, 2017.

ORDERED that the application is granted, and the defendant's application is deemed to be a timely notice of appeal.

The defendant has established his entitlement to the relief requested (see People v Syville, 15 NY3d 391).

IANNACCI, J.P., WOOTEN, VENTURA and OTTLEY, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court